Rel: June 7, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2023-2024

SC-2024-0117

Johnny Mayo and Sabrino Mayo v. Merical Realty, LLC (Appeal from Madison Circuit Court: CV-23-901129).

SELLERS, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(E), Ala. R. App. P.

Parker, C.J., and Wise, Stewart, and Cook, JJ., concur.